# Court of Appeals
# of the State of Georgia

ATLANTA,  April 06, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1126.  ADRIAN JOHNSON v. THE STATE**

This appeal was docketed in this Court on February 9, 2017, making the appellant's enumeration of errors and brief due on March 1, 2017.  Court of Appeals Rules 22 (a), 23 (a). On March 9, 2017, this Court ordered the appellant to file his enumeration of errors and brief no later than March 20, 2017. Because the appellant failed to comply with this Court's rules and the order of March 9, 2017, this appeal is deemed abandoned and is hereby DISMISSED. Court of Appeals Rules 23 (a).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  04/06/2017*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*